IN THE FEDERAL NORTHERN DISTRICT COURT
EASTERN DIVISION
OHIO

| STATE OF OHIO, | : | CASE NO. 1:23 CR 00535 |
| | : | |
| Plaintiff | : | JUDGE CHRISTOPHER A. BOYKO |
| | : | |
| vs. | : | |
| | : | **MOTION TO WITHDRAW** |
| DANIEL KOVACIC, | : | |
| | : | |
| Defendant | : | |

Now comes the Defendant, by and through attorney, John P. Luskin, and respectfully moves this Honorable Court to withdraw as counsel of record in this action.

Counsel suffered a medical event in Naples Florida. As a result has undergone one medical surgery and is scheduled for a second procedure next week. The recovery time will prohibit continued representation of Mr. Kovacic.

Whereas, counsel respectfully request to withdraw at this time and respectfully request new counsel be appointed to represent the accused.

Respectfully submitted,

/s/ John P. Luskin
_____
JOHN P. LUSKIN
Attorney for Defendant
5252 Meadow Wood Blvd.
Suite 121
Cleveland, Ohio 44124
(216) 513-6099
Supreme Court No. 0040158

SERVICE

A copy of the foregoing Request for Evidence was provided to Rebecca C. Lutzko, Esq., Prosecutor for the Northern District of Ohio and Assistant United States Attorney Brian Deckert, Esq. was forwarded via the Court's Electronic Filing System, this 30th day of November 2023.

/s/ John P. Luskin
_____
JOHN P. LUSKIN
Attorney for Defendant