IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-cr-00535 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL KOVACIC, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE SENTENCING HEARING** |
| Defendant. | ) | |
| | ) | |

Now comes the Defendant, Daniel Kovacic, by and through his undersigned counsel Marisa L. Serrat, and hereby requests this Honorable Court to continue his sentencing hearing for approximately two to four weeks to allow the defense additional time to prepare for sentencing. This request for continuance is made in good faith and for the purpose of promoting the ends of justice. Counsel has discussed this request with AUSA Brian S. Deckert who has indicated that the government does not oppose this request. Based upon the foregoing, the defense respectfully requests that the sentencing hearing be continue for two to four weeks, to another date convenient for this Court.

Respectfully Submitted,

s/ Marisa L. Serrat
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#00888410)
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
(216) 696-2150; (216) 696-1718- fax
Mserratlaw@gmail.com
Counsel for Defendant

1

## CERTIFICATE OF SERVICE

 I hereby certify that on July 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marisa L. Serrat
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#00888410)
